IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Cheryl Doyle
_____,
       Plaintiff(s),

v.

Gavin Cox, et al.
_____,
       Defendant(s).

Case No. 2:20-CV-0034

Judge William L. Campbell, Jr.
Magistrate Judge Alistair E. Newbern

JURY DEMAND

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Southern County Mutual Insurance Co., makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in Texas and with a principal place of business in Texas.

☒ This party has parent corporations    See attached page.

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 9/3/2020     Signature: _____

Printed Name: David J. Sneed, Esq.

Title: Attorney for Southern County Mutual Insurance Company

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **CHERYL DOYLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 2:20-CV-00034 |
| | ) |
| | ) Judge William L. Campbell, Jr. |
| v. | ) Magistrate Judge Alistair E. Newbern |
| | ) |
| | ) **JURY DEMAND** |
| **GAVIN COX, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## BUSINESS ENTITY DISCLOSURE SUPPLEMNT OF SOUTHERN COUNTY MUTUAL INSURANCE COMPANY

Defendant, Southern County Mutual Insurance Company is a Texas domiciled entity and its principal office address is 4455 LBJ Freeway, Suite 700, Dallas, Texas 75244. Southern County Mutual Insurance Company is 100% owned by The Company of Texas, which is 100% owned by Republic Group No. Two Company (RG2), which is 100% owned by Republic Companies, Inc., which is 100% owned by AmTrust Financial Services, Inc.

AmTrust Financial Services, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of stock of AmTrust Financial Services, Inc.

Respectfully submitted,

*s/David J. Sneed*
David J. Sneed, BPR #10298
DAVID J. SNEED & ASSOCIATES
**Mailing Address**: P.O. Box 2903
Hartford, CT 06104-2903
**Physical Address**: 6640 Carothers Pkwy, Suite 200, Franklin, TN 37067
(615) 660-6201
dsneed@travelers.com
*Attorney for Southern Country Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Business Entity Disclosure has been served on Justin Hight, ROCKY McELHANEY LAW FIRM, PC, Attorneys for Plaintiff, and Christopher Owens, HUNTER, SMITH & DAVIS, LLP, Attorneys for Defendants Gavin Cox and Keane Thummel Trucking, Inc., via the Court's electronic filing system this 3rd day of September 2020.

*s/David J. Sneed*
DAVID J. SNEED
